In re Estate of Harry V. Finkelstein, deceased.
Sol H. Goldberg, appellant, v. Lenore Finkelstein, as executrix of
the estate of Harry V. Finkelstein, deceased, appellee. Gen. No. 35,393.

Opinion filed January 25, 1932. Rehearing
denied February 8, 1932.

Harry S. Cowen, for appellant; Edward H. Morris, of counsel.
John J. Healy, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Mandel Brothers, Inc., appellee, v. Walter Dreis, appellant. Gen.
No. 35,439.

Opinion filed January 25,
1932.

Cline C. Brosius, for appellant; Charles W. Lamborn, of counsel.
Altheimer & Mayer, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Ernest A. Furkert, appellant, v. Industrial Gas Engineering Com-
pany, Inc., appellee. Gen. No. 35,449.

Opinion filed January 25, 1932.

Guy M. Blake, for appellant. Dyrenforth, Lee, Chritton & Wiles,
for appellee; George A. Chritton, Bernard A. Schroeder and Charles J.
Merriam, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Sidney Korshak, appellee, v. S. J. Rosenblatt and James Rosenblatt,
appellants. Gen. No. 35,476.

Opinion filed January 25, 1932. Rehearing denied February 8, 1932.

Harold A. Fein, for appellants; Leo L. Stone, of counsel. Samuel
A. Maremont, for appellee; Carl J. Appell, of counsel.

Mr. Justice Matchett delivered the opinion of the court.